UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

SF00200 (rev 11/2020)

In re:

**Jacob Isaac Smart**,
    Debtor.

Case No. **23–03876–JMC–7**

Adv. Proc. No. **23–50099**

**Jacob Isaac Smart**,
    Plaintiff,

vs.

**United States Department of Education**,
    Defendant.

## NOTICE OF STATUS TELECONFERENCE

An Answer to Complaint was filed on May 14, 2025, by Defendant United States Department of Education. The Court, after reviewing this document, determines that a status teleconference is required.

**NOTICE IS GIVEN** that a status teleconference will be held as follows:

    Date:  June 9, 2025
    Time:  11:00 AM Eastern
    Place: 571–353–2301; call ID 734120790

In the event of testimony, audio–only remote access to the hearing shall terminate for members of the public prior to presentation of testimony, with the continued access permitted only for parties, counsel of record, and witnesses.

Motions for continuance must be filed no later than **7 days** prior to the hearing. Motions for continuance filed less than **7 days** prior to the hearing will be granted **only** upon a showing of good cause. Every motion for continuance must indicate whether opposing counsel objects to the continuance or what efforts were made to contact opposing counsel regarding the request for continuance.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing party.

Dated:  May 15, 2025

Eric R. Kleis
Clerk, U.S. Bankruptcy Court